**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| MICHELLE BUONO and THOMAS BUONO, | § | |
| Plaintiffs, | § | |
| v. | § | Case No.: 1:08-cv-11363 |
| DAVOL INC. and C.R. BARD, INC., | § | |
| Defendants. | § | |

## CORPORATE DISCLOSURE STATEMENT

Davol Inc. and C.R. Bard, Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and state as follows:

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Dated: August 27, 2008

Respectfully submitted,

ATTORNEY FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.

*/s/ Grace V. B. Garcia*

Grace V. Bacon Garcia, BBO #640970
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210
Tel.: (617) 737-8822
Fax: (617) 342-4914

**CERTIFICATE OF SERVICE**

I hereby certify that this documents(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 27, 2008.

*/s/ Grace V. B. Garcia*

Grace V. B. Garcia