UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHELLE BUONO and THOMAS BUONO,<br>Plaintiffs,<br>v.<br>DAVOL INC. and C.R. BARD, INC.,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 1:08-cv-11363 |

## DEFENDANTS' ASSENTED-TO MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL

Defendants Davol Inc. and Defendant C.R. Bard, Inc. respectfully request that the Court enter an order staying all requirements, deadlines, and any other proceedings in this matter pending transfer of this "tag-along" action to the United States District Court for the District of Rhode Island for centralized pretrial proceedings in the multidistrict litigation presently styled as *In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION*, No. 1:07-MDL-1842-ML (D.R.I.) (J. Lisi). Plaintiffs consent to this motion. The grounds for this motion are set forth more fully below.

## MEMORANDUM IN SUPPORT OF MOTION

Plaintiffs allege that the Composix® Kugel® Patch, a medical device distributed and sold by Defendant Davol Inc. and used by Plaintiff Michelle Buono's surgeon in conjunction with Plaintiff Michelle Buono's hernia repair, was defective and unreasonably dangerous when put to its intended use.

This product liability action is but one of a number of related actions filed in federal courts across the country. In 2006, in fact, two plaintiffs who also allege that they sustained injuries resulting from their receipt and use of the Composix® Kugel® Patch filed a motion

before the Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and centralization of all cases involving this medical device pursuant to 28 U.S.C. § 1407. On May 31, 2007, the JPML heard that motion, and on June 22, 2007, the JPML granted the motion for transfer and consolidation. As a result, all federal court cases concerning the Composix® Kugel® Patch have been or imminently will be transferred to the District of Rhode Island for consolidated pretrial proceedings. *See In re Kugel Mesh Hernia Patch Prods. Liab. Litig.*, 493 F. Supp. 2d 1371 (J.P.M.L. 2007).

Based on the JPML's June 22, 2007, Transfer Order, and pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 435-36 (2001), a conditional transfer order regarding this action will be issued shortly.[1] Given that the parties will not oppose MDL transfer in this case, and given further that the transfer of this action in due course will moot any pretrial requirements and schedules imposed by this Court, Defendants request that all requirements, deadlines, and any other proceedings in this case be stayed pending transfer to the United States District Court for the District of Rhode Island. Upon transfer, the parties agree and acknowledge that they will comply with any requirements and deadlines imposed by the District of Rhode Island with respect to this action.

## CONCLUSION

WHEREFORE, Defendants request that the Court grant this Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL and enter an order staying and/or extending all requirements, deadlines, and any other proceedings in this case pending its transfer to the United

[1] Although this case was not the subject of the JPML's original Transfer Order, it was previously noticed as a potential "tag-along action" on August 13, 2008. *See* Defendants' Eighty-Fourth Rule 7.5(e) Notice of Potential Tag-Along, *IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION*, MDL Docket No. 1842 (attached as Exhibit 1).

States District Court for the District of Rhode Island. A proposed Order is attached hereto as Exhibit 2.

Dated: August 27, 2008

Respectfully submitted,

*ATTORNEY FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.*

*/s/ Grace V.B. Garcia*

Grace V. Bacon Garcia, BBO #640970
Morrison Mahoney, LLP
250 Summer Street
Boston, MA 02210
Tel.: (617) 737-8822
Fax: (617) 342-4914

Assented to by:

*ATTORNEY FOR PLAINTIFFS MICHELLE BUONO AND THOMAS BUONO*

*/s/ Marilyn T. McGoldrick/ gg*

Marilyn T. McGoldrick, BBO #546253
Thorton & Naumes, LLP
100 Summer Street
Boston, MA 02110
Tel.: (617) 720-1333

**CERTIFICATE OF SERVICE**

I hereby certify that this documents(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 27, 2008.

*/s/ Grace V. B. Garcia*

---

Grace V. B. Garcia