# EXHIBIT 1

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** ) ) ) ) ) ) **MDL Docket No. 1842**

**DEFENDANTS' EIGHTY-FOURTH 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the District of Massachusetts**

*Thomas Buono and Michelle Buono v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-11363, Judge Joseph L. Tauro.

**United States District Court for the District of New Jersey**

*Shirley Collins Individually, and in her Capacity as the Personal Representative of The Estate of Steve Dale Collins, deceased v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-03977, Judge Dennis M. Cavanaugh.

**United States District Court for the Eastern District of Missouri**

*Robert Phillip Jackson v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-01156, Judge Charles A. Shaw.

*Mary Peters v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00876, Judge Rodney W. Sippel.

**United States District Court for the Western District of Arkansas**

*Denise Turbyfill v.. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-01156, Judge Charles A. Shaw.

**United States District Court for the Central District of Illinois**

*Sherry Hill v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 2:08-cv-02142, Judge Michael P. McCuskey.

Respectfully submitted,

Dated: August 13, 2008

SPRIGGS & HOLLINGSWORTH

Kirby T. Griffis /KLJ

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 13th day of August, 2008, a true and correct copy of the foregoing Defendants' Eighty-Fourth Rule 7.5(e) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on appointed Liaison Counsel and counsel for those parties affected by this action as per Rule 5.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

**Motley Rice LLC**
Donald A. Migliori
Motley Rice LLC
321 South Main Street
Providence, RI 02903

**Liaison Counsel**

**David C. Strouss**
Thornton & Naumes LLP
30th Floor
100 Summer Street
Boston, MA 02110

**Counsel for Plaintiffs: Thomas Buono and Michelle Buono**

**SCOTT A. GEORGE**
SEEGER WEISS, LLP
550 BROAD STREET
SUITE 920
NEWARK, NJ 07102

**Counsel for Plaintiffs: Shirley Collins**

**Dennis J. Flavin**
DERALD L. GAB, P.C.
1708 Olive Street
St. Louis, MO 63103

**Counsel for Plaintiff: Robert Phillip Jackson**

**Derek Potts**
The Potts Law Firm
908 Broadway, 3rd Floor
Kansas City, MO 64105

**Counsel for Plaintiff: Denise Turbyfill**

**David M. Hicks**
DAVID M. HICKS, P.C.
7720 Stonebridge Golf Drive
Maryville, IL 62062

**Counsel for Plaintiff: Mary Peters**

**Joseph W Phebus**
PHEBUS & KOESTER
136 W Main St
Urbana , IL 61801

**Counsel for Plaintiff: Sherry Hill**

**Affiliated Defense Counsel Affected by this Notice:**

Morrison Mahoney LLP
Grace V. Bacon Garcia
250 Summer Street
Boston, MA 02210

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

McCarter & English, LLP
David J. Cooner
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Baker, Sterchi, Cowden & Rice, LLC
Joseph FR. Callahan
Kara Stubbs
1010 Market Street, Suite 950
St. Louis, MO 63101

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
Lyn P. Pruit
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Segal McCambridge Singer & Mahoney, Ltd.
Mark Crane, Esq.
Misty R. Martin, Esq.
Sears Tower - Suite 5500
233 S. Wacker Drive
Chicago, IL 60606

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Kirby T. Griffis