# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MICHELLE BUONO and THOMAS BUONO, §
§
§
Plaintiffs, §
§
v. § Case No.: 1:08-cv-11363
§
DAVOL INC. and C.R. BARD, INC., §
§
Defendants. §
§

**ORDER GRANTING DEFENDANTS' ASSENTED-TO MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL**

Having considered Defendants' Assented-To Motion for Stay of Proceedings Pending Transfer to Federal MDL, it is hereby **ORDERED** that all requirements, deadlines, and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action.

**SO ORDERED** this _____ day of _____, 2008.

________________________________
United States District Judge

1143895v1