CLOSED, STAYED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:08−cv−11363−JLT

Buono et al v. Davol, Inc. et al
Assigned to: Judge Joseph L. Tauro
Demand: $1,000,000
Cause: 28:1332 Diversity−Product Liability

Date Filed: 08/08/2008
Date Terminated: 09/15/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Thomas Buono** represented by **David C. Strouss**
Thornton &Naumes LLP
30th Floor
100 Summer Street
Boston, MA 02110
617−720−1333
Fax: 617−720−2445
Email: dstrouss@tenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marilyn T. McGoldrick**
Thornton &Naumes, LLP
100 Summer Street
30th Floor
Boston, MA 02110
617−720−1333
Fax: 617−720−2445
Email: mmcgoldrick@tenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michelle Buono** represented by **David C. Strouss**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marilyn T. McGoldrick**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Grace V. Bacon Garcia**
Morrison Mahoney LLP
250 Summer Street

Boston, MA 02210
617−737−8822
Fax: 617−342−4914
Email: ggarcia@morrisonmahoney.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **Grace V. Bacon Garcia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2008 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. Filing fee: $ 350, receipt number 01010000000002069391, filed by Thomas Buono, Michelle Buono. (Attachments: # 1 Civil Cover Sheet, # 2 Category)(McGoldrick, Marilyn) (Entered: 08/08/2008) |
| 08/11/2008 | | ELECTRONIC NOTICE of Case Assignment. Judge Joseph L. Tauro assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings (Edge, Eugenia) (Entered: 08/11/2008) |
| 08/11/2008 | 2 | Summons Issued as to Davol, Inc., C.R. Bard, Inc.. **Counsel receiving this notice electronically should download this summons, complete one for each defendant and serve it in accordance with Fed.R.Civ.P. 4 and LR 4.1. Summons will be mailed to plaintiff(s) not receiving notice electronically for completion of service.** (Edge, Eugenia) (Entered: 08/11/2008) |
| 08/25/2008 | 3 | First AMENDED COMPLAINT against Davol, Inc., C.R. Bard, Inc., filed by Thomas Buono, Michelle Buono.(McGoldrick, Marilyn) (Entered: 08/25/2008) |
| 08/27/2008 | 4 | CORPORATE DISCLOSURE STATEMENT by Davol, Inc., C.R. Bard, Inc.. (Garcia, Grace) (Entered: 08/27/2008) |
| 08/27/2008 | 5 | Assented to MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Garcia, Grace) Modified on 8/27/2008 (Jones, Sherry). (Entered: 08/27/2008) |
| 08/29/2008 | | Judge Joseph L. Tauro: Electronic ORDER entered granting 5 Motion to Stay (Lovett, Zita) (Entered: 08/29/2008) |
| 09/08/2008 | 6 | Copy of MDL Conditional Transfer Order number 28 in MDL Case 1842 received from the MDL Panel.(Jones, Sherry) (Entered: 09/08/2008) |
| 09/15/2008 | 7 | Case electronically transferred to the District of Rhode Island pursuant to Conditional Transfer Order entered by the MDL Panel on September 4, 2008 (Abaid, Kimberly) (Entered: 09/15/2008) |